IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40857
Conference Calendar
_____

KENNETH MARSHALL JOHNSON,

Plaintiff-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;
THOMAS PRASIFKA, Warden; ERNEST GARCIA, Captain,
Correctional Officer III #371072,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. V-99-CV-2
--------------------
April 12, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Kenneth Marshall Johnson, Texas inmate #688601, appeals the district court's order denying Johnson's motion for a restraining order, which the district court construed as a motion seeking a preliminary injunction.

In arguing that the district court erred, Johnson alleges acts by the defendants which Johnson failed to raise in the district court. Those allegations are not properly before us and

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

thus are not considered.  See <u>Williams v. Cigna Fin. Advisors,</u> <u>Inc.</u>, 56 F.3d 656, 661 (5th Cir. 1995).

We have carefully reviewed the appellate record and Johnson's arguments.  Johnson has not remotely satisfied any of the prerequisites for a preliminary injunction.  <u>See</u> <u>Sunbeam</u> <u>Rods., Inc. v. West Bend Co.</u>, 123 F.3d 246, 250 (5th Cir. 1997). The district court did not abuse its discretion in denying the preliminary injunction.  <u>See</u> <u>id.</u> at 261.

IT IS ORDERED that Johnson's motion seeking injunctive relief from this court is DENIED.

AFFIRMED.  MOTION DENIED.